UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KINDRED REHAB SERVICES, INC.,

    Plaintiff,

v.                                       Case No. 16-C-443

BRIDGEWOOD NURSING AND REHAB
CENTER, LLC, et al.

    Defendants.

## ORDER GRANTING DEFAULT JUDGMENT

Plaintiff, a Kentucky corporation registered in Delaware, filed this action alleging that the three Defendants named in the complaint, all Wisconsin entities, failed to compensate it for therapy work it had performed at these defendants' nursing facilities. The Defendants were served and failed to file any response within the allotted time. The clerk entered default against them on May 26, 2016, and the Plaintiff subsequently filed a motion seeking entry of default judgment. The Plaintiff has supported the motion with affidavits indicating that the Defendants were served and that the amounts in question are properly due and owing under the service agreements entered into between the parties.

Accordingly, the motion for default judgement is **GRANTED**. The clerk will enter judgment against Defendants for the following:

1. Damages in the principal amount of: $1,315,736.70, allocated among the Defendants as follows:

    i.     Bridgewood Nursing and Rehab Center, LLC: $379,517.20;

  ii.  Kennedy Park Nursing and Rehab Center, LLC: $524,232.60;

  iii.  Fox River Nursing and Rehab Center, LLC: $411,986.90;

2. Prejudgment interest in the total amount of $191,977.82, allocated among the Defendants as follows:

  i.  Bridgewood Nursing and Rehab Center, LLC: $52,774.40;

  ii.  Kennedy Park Nursing and Rehab Center, LLC: $78,251.80;

  iii.  Fox River Nursing and Rehab Center, LLC: $60,951.61;

3. Post-judgment interest from the date of judgment;

4. Attorneys' fees of $5,472, to be divided equally against the Defendants; and

5. Costs of $976.37.

  **SO ORDERED** this 8th day of August, 2016.

                /s William C. Griesbach
                William C. Griesbach, Chief Judge
                United States District Court